UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARMILA KULASEKARAM,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID HARDESTY, et al.,<br><br>  Defendants. | Civil Case No. 10-1863 (HHK) |

## ORDER

On January 4, 2011, the Court dismissed this case for failure to prosecute because Plaintiff failed to inform the Court of a change in her address. Order, ECF No. 9. Immediately after the Court entered its order, Defendants informed the Court of Plaintiff's new address: 410 South Antlers Place, Bear, DE 19701. Notice to All Parties of Pl.'s New Address, ECF No. 10.

Because the Court has entered a final order dismissing this case, and because on Plaintiff's failure to keep her address current was not the result of any clerical mistake on the part of the Court, Plaintiff may only seek relief from the dismissal order by filing a motion under Federal Rule of Civil Procedure 60(b). Plaintiff is cautioned, however, that she faces a significant burden under that Rule. Whether asserting reasons of "mistake, inadvertence, surprise, or excusable neglect" under Rule 60(b)(1) or "any other reason that justifies relief" under Rule 60(b)(6), mere ignorance of the Court's local rule requiring maintenance of a valid may not suffice. *See, e.g.*, *Pioneer Inv. Servs. Co. v. Brunswick Assocs. L.P.*, 507 U.S. 380, 392 (1993) ("[I]gnorance of the rules[] or mistakes construing the rules usually do not constitute

'excusable' neglect . . . ."). Alternatively, Plaintiff may simply refile her case, as the dismissal was made without prejudice.

Accordingly, it is by the court this 6th day of January 2011, hereby

**ORDERED** that the clerk shall change Plaintiff's address of record in this action to Sharmila Kulasekaram, 410 South Antlers Place, Bear, DE 19701; and it is

**FURTHER ORDERED** that the clerk shall serve Plaintiff, at her updated address, one copy of both this Order and the Order of January 4, 2011; and it is

**FURTHER ORDERED** that Plaintiff, if she desires to seek relief from the Order of January 4, 2011 under Rule 60(b), shall file a motion for such relief on or before February 4, 2011.

**SO ORDERED**.

/s/
Henry H. Kennedy, Jr.
United States District Judge